UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.19-23219-CIV-MOREN/O'SULLIVAN

HENRY RICHARDSON,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

### ORDER

THIS MATTER is before the Court on The United States of America's Motion to Strike Movant's Pro Se Rule 60 Motion Seeking Relief from Final Judgment with Respect to 28 U.S.C. § 2255 Proceedings (DE# 30, 8/5/21). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that The United States of America's Motion to Strike Movant's Pro Se Rule 60 Motion Seeking Relief from Final Judgment with Respect to 28 U.S.C. § 2255 Proceedings (DE# 30, 8/5/21) is **GRANTED**. It is further

ORDERED AND ADJUDGED that the Motion Seeking Relief from Final Judgment, Entered in Title 28 U.S.C. § 2255 Proceedings under Rule 60(b)(6) and or Rule 60(d)(1) "Fraud on the Court" (DE# 29, 8/3/21) filed by the defendant pro se is **STRICKEN**. "[A]n individual does not have a right to hybrid representation." Cross v. United States, 893 F.2d 1287, 1291-92 (11th Cir. 1990) (citations omitted).

DONE AND ORDERED in Chambers at Miami, Florida this **20th** day of September, 2021.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE